**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| Joe Gable, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING** |
| | ) | **SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| CSX Transportation, Inc. | ) | |
| | ) | C.A. No.: 3:16-cv-1012-TLW |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the parties' Joint Motion to Amend Scheduling Order. For good cause having been shown, the Court hereby extends the following deadlines set forth in the Amended Conference and Scheduling Order [D.E. 9] as follows:

1. No later than **May 8, 2017**, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under F. R. Civ. P. 32(a)(6).

2. This case is subject to being called for jury selection and trial on or after **June 5, 2017**.

3. All other deadlines as set forth in the Court's Amended Conference and Scheduling Order remain unchanged.

                                                *s/Terry L. Wooten*
                                                Terry L. Wooten
                                                Chief United States District Judge

March 31, 2017
Columbia, South Carolina