# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| Joe Gable, | ) | |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| CSX Transportation, Inc. | ) | **C.A. No.: 3:16-cv-1012-TLW** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 41(a), FRCP, Plaintiff Joe Gable and Defendant CSX Transportation, Inc. stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorneys' fees and costs relating to this matter. The parties stipulate and agree that any and all claims, counterclaims, cross-claims or other claims that were or could have been asserted in this action are dismissed with prejudice and shall henceforth be *res judicata*. No further claims of any type shall henceforth be asserted by any of the parties relating to any of the matters set forth in the complaint.

**[SIGNATURE LINES ON NEXT PAGE]**

**WE SO STIPULATE AND AGREE:**

s/Robert C. Rogers
Ronald K. Wray, II (Fed. I.D. #5763)
Robert C. Rogers (Fed. I.D. #11655)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
P.O. Box 10589
Greenville, SC 29603
Telephone: (864) 271-9580
Facsimile: (864) 271-7502

Attorneys for Defendant,
CSX Transportation, Inc.


s/John R. Alphin
J. Preston Strom, Jr. (Fed I.D. No. 4354)
John R. Alphin (Fed I.D. #9923)
STROM LAW FIRM, LLC
2110 Beltline Blvd.
Columbia, SC 29204
Tel: 803-252-4800
Fax: 803-252-4801

Attorneys for Plaintiff,
Joe Gable